UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E DEAN, et al., | Case No. 15-cv-06032-PJH |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| E.I. DUPONT DE NUMOURS & COMPANY INC., | Re: Dkt. No. 31 |
| Defendant. | |

On March 23, 2016, the court granted defendant's motion to dismiss all seven claims in plaintiffs' first amended complaint as barred by workers' compensation exclusivity. Dkt. 31 at 4–6. The court granted partial leave to amend to assert a claim for fraudulent concealment. Id. at 6–7. The amended complaint was due on April 20, 2016. No amended complaint was filed by that date, and no further filings have been made in this case since the court's March 23, 2016 order.

Good cause appearing, the court hereby DISMISSES the action for failure to prosecute under Federal Rule of Civil Procedure 41(b). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 4, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge