UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEON E DEAN, et al.,

    Plaintiffs,

    v.

E.I. DUPONT DE NUMOURS & COMPANY INC.,

    Defendant.

Case No. 15-cv-06032-PJH

**JUDGMENT**

The court having dismissed the complaint in the above-entitled action, and plaintiffs having failed to file an amended complaint by the April 20, 2016 deadline set by the court,

    it is Ordered and Adjudged

    that plaintiffs take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: May 4, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge